JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY VASQUEZ, | Case No. CV 20-8449-JLS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| KATHLEEN ALLISON, CDCR Secretary, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus for Lack of Subject-Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 24, 2021

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE